# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-0464
_____

JAMES ELTON ROBERTS,

     Appellant,

     v.

STATE OF FLORIDA,

     Appellee.

_____


On appeal from the Circuit Court for Bradford County.
James M. Colaw, Judge.


June 12, 2024

PER CURIAM.

James Elton Roberts appeals his judgment and sentences, entered by the trial court after a jury found him guilty of three counts of battery of a facility employee by throwing, tossing, or expelling certain fluids or materials. Roberts raises two issues on appeal: (i) whether the State engaged in prosecutorial misconduct in its opening and closing arguments, and (ii) whether the trial court erred by imposing a $100 cost of prosecution.

We affirm as to the first issue without further comment. As for the second issue, Roberts insists that the trial court erred by imposing a $100 cost of prosecution sua sponte. As we have explained in *Parks v. State*, "the [$100] cost for the state attorney is a minimum cost that is mandated by subsection (8) and not an

'investigative' cost incurred by an agency, as described in § 938.27(1), which can only be imposed 'if requested' by the agency." 371 So. 3d 392, 392–93 (Fla. 1st DCA 2023), *review granted,* SC2023-1355, 2024 WL 370043 (Fla. Jan. 31, 2024). Thus, the trial court was within its authority to impose the cost of prosecution.

AFFIRMED.

LEWIS, M.K. THOMAS, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, Danielle Jorden, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Christina Piotrowski, Assistant Attorney General, Tallahassee, for Appellee.